FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR270-MEF |
| | ) | [18 USC 922(g)(1)] |
| WILSON JAMES ZEIGLER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 7, 2005, in Montgomery, Alabama, in the Middle District of Alabama,

WILSON JAMES ZEIGLER,

defendant herein, having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Bank Robbery in the Middle District of Alabama (Case Number 2:97-CR-00081-002), knowingly and willfully possessed firearms, in and affecting commerce, that is a Beretta, .40 caliber pistol, serial number BER046302M; and, a Llama, .380 caliber pistol, serial number 71-04-07020-04, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

WILSON JAMES ZEIGLER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

Beretta, .40 caliber pistol, serial number BER046302M; and, a Llama, .380 caliber pistol, serial number 71-04-07020-04.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Susan R. Redmond
Assistant United States Attorney

2