| COURTROOM DEPUTY MINUTES | DATE: **DECEMBER 19, 2006** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:00 - 3:04 |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-270-MEF-CSC**    DEFT. NAME: **WILSON JAMES ZEIGLER**

USA: **TOMMIE HARDWICK**    ATTY: **SAMUEL WALKER**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____does____ does NOT need an interpreter; NAME: _____

- ☐ Kars.   Date of Arrest **11/20/06**   or   ☐ Rule 5 Arrest
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.   Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.   ARRAIGNMENT SET FOR: _____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
  ✓ Trial Term **3/12/07**   ☐ PRETRIAL CONFERENCE DATE: **1/12/07**
  ✓ DISCOVERY DISCLOSURES DATE: **12/20/06**