IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr270-MEF |
| | ) | |
| WILSON JAMES ZEIGLER | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **WILSON JAMES ZEIGLER**, in the above-styled case.

Dated this 21st day of December 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:06cr270-MEF |
| | ) |
| **WILSON JAMES ZEIGLER** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

>Respectfully submitted,
>
>s/ Kevin L. Butler
>KEVIN L. BUTLER
>First Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: kevin_butler@fd.org
>AZ Bar Code: 014138