COURTROOM DEPUTY MINUTES         DATE :   JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED:   1:21 – 1:21

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-270-MEF-CSC    **DEFENDANT NAME:** WILSON J. ZEIGLER

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. KEVIN BUTLER |

---

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:**   None.

☑   **PLEA STATUS:** possible plea

☑   **TRIAL STATUS:** 1 day to try case.

☐   **REMARKS:**