IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr270-MEF |
| ) | |
| **WILSON JAMES ZEIGLER** ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Wilson James Zeigler, by and through his undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(4), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled March 12, 2007 to the July 9, 2007 trial term. In support of this motion the defendant would show:

1. On August 26, 1997, Mr. Zeigler was convicted of Bank Robbery in case 97Cr0081-002. After serving a 75 month sentence, he was placed on supervised release on May 16, 2003.

2. On July 7, 2005, while on supervised releasel, Mr. Zeigler was arrested for possession of a firearm.

3. On December 20, 2005, after a revocation hearing, this Court found Mr. Zeigler in violation of his supervised release for possessing a firearm and sentenced Mr. Zeigler to 30 months in the custody of the Federal Bureau of Prisons.

4. While serving this sentence, Mr. Zeigler was charged in a one-count Indictment with being a felon in possession of a firearm on or about July 7, 2005 (the same conduct for which his supervised release was revoked).

1

5. Trial of this case is presently scheduled for March 12, 2007.

6. Mr. Zeigler has a long history of mental illness, has been diagnosed with schizophrenia and has been prescribed anti-psychotic medication in the past. In fact, prior to the revocation hearing, based upon suicidal actions of Mr. Zeigler, he was sent to the Federal Bureau of Prisons for a Psychiatric examination.[1]

7. Because of his history of psychiatric problems, undersigned counsel has had Mr. Zeigler evaluated by Dr. David Ghostley, a licensed clinical psychologist. However, Dr. Ghostley's evaluation report will not be completed by trial.

8. As Mr. Zeigler's psychiatric history indicate he may not have been legally sane at the time of the offense and may not be able understand the nature of the proceedings, it is in the interest of justice to continue trial until Dr. Ghostley's psychiatric report is complete.

9. This will also allow the government time to complete a psychiatric examination if the defense relies upon an insanity defense.

10. This additional time will also allow the parties further time to negotiate a potential resolution to this case.

---

[1] Prior to the revocation hearing, undersigned counsel was informed by Mr. Zeigler's estranged wife, Lakesia Carter, his girlfriend, Prinsha Robertson, and two of his sisters that prior to his arrest for violating his supervised release:
    a. his family was attempting to have Mr. Zeigler committed to a psychiatric hospital.
    b. Mr. Zeigler has informed all family members that he is hearing voices and the voices were telling him "to kill himself" and "not to trust anyone".
    c. Mr. Zeigler was demonstrating extremely erratic and potentially violent behavior.
    d. Mr. Zeigler's father was diagnosed as a paranoid schizophrenic.
    e. Mr. Zeigler tried to commit suicide during his initial term of incarceration in this case and is presently threatening to kill himself.

10. The government, through Assistant United States Attorney, Susan Redmond, does not oppose the granting of a continuance.

11. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(4), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow the defense time to complete its review of voluminous discovery and address psychiatric issues.

**WHEREFORE**, based on the foregoing, Mr. Zeigler respectfully request that the previously set trial date of March 12, 2007, be continued to the next available trial term.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:06cr270-MEF |
| | ) |
| **WILSON JAMES ZEIGLER** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138