IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   2:06CR-270-MEF |
| | ) | |
| WILSON JAMES ZEIGLER | ) | |
| | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case on the July 9, 2007 trial term, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **May 14, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 5th day of March, 2007.

         /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE