IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-270-MEF |
| | ) | |
| WILSON JAMES ZEIGLER | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #29) filed on October 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE