```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
       v.                   )   CR. NO. 2:06cr270-MEF
                            )
WILSON JAMES ZEIGLER        )
```

## UNITED STATES OF AMERICA'S MOTION
## FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on August 22, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Wilson James Zeigler to forfeit:

> One Beretta, .40 caliber pistol, bearing serial number BER046302M; and,
>
> One Llama, .380 caliber pistol, bearing serial number 71-04-07020-04.

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the <u>Montgomery Independent</u> newspaper on October 11, 18 and 25, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 5th day of December, 2007.

```
                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Bar Number: 7068-II58J
                        Office of the United States Attorney
                        Middle District of Alabama
                        131 Clayton Street
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              /s/John T. Harmon  
                              John T. Harmon  
                              Assistant United States Attorney

            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CR. NO. 2:06cr270-MEF
                              )
WILSON JAMES ZEIGLER          )

                   <u>FINAL ORDER OF FORFEITURE</u>

    WHEREAS, on August 22, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Wilson James Zeigler to forfeit the following firearms:

        One Beretta, .40 caliber pistol, bearing
        serial number BER046302M; and,

        One Llama, .380 caliber pistol, bearing
        serial number 71-04-07020-04.

    The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

    No timely petition has been filed; and,

    The Court finds that defendant Wilson James Zeigler had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

>One Beretta, .40 caliber pistol, bearing serial number BER046302M; and,
>
>One Llama, .380 caliber pistol, bearing serial number 71-04-07020-04.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE