AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: WILSON JAMES ZEIGLER
CASE NUMBER: 2:06CR270-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Seventy eight (78) months. The sentence shall run concurrently to case number 2:97CR81-MEF in this Court.**

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
**The Court recommends that defendant be designated to a facility where Mental Health Treatment, Vocational and Educational Treatment is available.**
**The Court further recommends that if appropriate, the defendant be designated to a facility in Kentucky.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RETURNED AND FILED
MAR 3 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on 11/19/07 to FCI Memphis

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _Bus Lt_
DEPUTY UNITED STATES MARSHAL